UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                    Case No. 2:19-mj-30227-DUTY

Jarratt White, et al.,

           Defendant(s),

## ORDER FOR DISMISSAL OF COMPLAINT

    This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Jarratt White.

    Accordingly, it is hereby ordered that the Complaint against Jarratt White be dismissed and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                                        s/Anthony P. Patti
                                                        Anthony P. Patti
                                                        U.S. Magistrate Judge

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/M Williams
                                                       Case Manager

Dated:   February 9, 2020